United States District Court
Eastern District of Michigan
231 W Lafayette Blvd, Detroit, MI 48226

IN RE: Lindsay Ann Duneske

Case: 2:24−cv−11371
Assigned To : Drain, Gershwin A.
Referral Judge: Altman, Kimberly G.
Assign. Date : 5/23/2024
Description: CMP DUNESKE V. TEAM SKEPTIC ET AL (NA)

MOTION TO WAIVE FEES AND SUPPORTING AFFIDAVIT

Name of the Moving Party: Lindsay Ann Duneske

AFFIDAVIT OF INDIGENCY
The Court of Appeals granted my motion to waive fees in that court:  Yes, they did as did the trial courts.

I am currently receiving public assistance. Yes, I am.

Yes, identify the type of assistance and the government agency providing it (attach additional pages
if necessary):

SNAP EBT & Medicaid

If No or Not Applicable, provide the information requested below:
Average monthly income from all sources:
Due to the undue Malicious prosecution and vexatious litigation I have no income, and all of my assets have been unlawfully stolen from me.

Assets and obligations (attach additional pages if necessary): None.

Marital status and number of dependents: Single and under the law have custody of 3 minor children but all have been abducted in violation of the law and my inalienable rights as a part of the Malicious prosecution and vexatious litigation against me.

I declare that the statements above are true to the best of my knowledge, information, and belief.

This page is to be used as the last page of the motion itself. Any supporting documents should be included as a separate appendix and submitted with the motion.]
I declare under penalty of perjury under the laws of the State of Michigan that the foregoing is true and correct to the best of my knowledge and belief.

Filer's Name & Signature:

Lindsay Ann Duneske, Living Woman
Sui Juris in Propria Persona Petitioner
/s/ Lindsay Ann Duneske
Phone # 734-818-0804
19622 Jerome Apt 186
Roseville MI, 48066
Faithispower777@gmail.com

Date: 5-17-2024