UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LINDSAY ANN DUNESKE,

          Plaintiff(s),          Case No. 24-11371

v.          Honorable Gershwin A. Drain

TEAM SKEPTIC, et al.,          Magistrate Judge Kimberly G. Altman

          Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

    This case appears to be a companion case to Case No. __24-11347__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Terrence G. Berg__ and Magistrate Judge __David R. Grand__.

          s/Gershwin A. Drain
          Gershwin A. Drain
          United States District Judge

          s/Terrence G. Berg
          Terrence G. Berg
          United States District Judge

    Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
    Case type: CIVIL

    If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: May 28, 2024          s/ S Schoenherr
          Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Terrence G. Berg