UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **LINDSAY ANN DUNESKE,**  Plaintiff,  v.  **TEAM SKEPTIC, et al.,**  Defendants. | **2:24-CV-11371-TGB-KGA**  **JUDGMENT** |

In accordance with the Opinion & Order issued on this date, it is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE.**

Dated at Detroit, Michigan, on Wednesday, November 20, 2024.

                                          KINIKIA ESSIX
                                          CLERK OF THE COURT

                                          s/T. McGovern
                                          Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE